IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN P. DEVINE | ) | BANKRUPTCY NO. 09-40065 |
| MARY RUTH DEVINE | ) | CHAPTER 7 |
|     Debtors | ) | |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Comes now the Trustee and shows the Court as follows:

1. That Trustee filed his Final Report and Distribution Summary with the Clerk of this Court on August 1, 2011.

2. That pursuant to said Distribution Summary your Trustee issued checks dated August 23, 2011, to the creditors as set forth in the Distribution Summary.

3. That check number 5003 payable to Hudson & Keyse, LLC Assignee of Beneficial Company, LLC was returned to Trustee as unable to forward.

4. That Trustee searched for a new address on the internet and discovered that the creditor filed bankruptcy in 2010 and is no longer in business.

5. That Trustee needs to proceed in closing this case and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimant is as follows:

    Hudson & Keyse, LLC                          Amount:  $1,583.13
    P.O. Box 1090
    Mentor OH 44061

6. That your Trustee's check in the total amount of $1,583.13 payable to the Clerk of this Court will be paid directly to the Clerk of this Court.

                                                                    /s/ Edward Chosnek
                                                                      Trustee
                                                                      P.O. Box 708
                                                                      Lafayette, Indiana  47902
                                                                      Telephone:  (765) 742-9081
                                                                      e-mail:  trustee@chosneklaw.com

## CERTIFICATE OF SERVICE

       I certify that on the 12th day of September, 2011, service of a true and complete copy of the foregoing Transmittal of Unclaimed Funds was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

U.S. Trustee
Emily Waddle

Hudson & Keyse, LLC, P.O. Box 1090, Mentor OH 44061
Beneficial Finance, c/o Sentry Credit, Inc., 2809 Grand Avenue, Everett WA 98201


                                                                           /s/ Edward Chosnek