UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                )
JOHN P. DEVINE                        )    CHAPTER 7
MARY RUTH DEVINE                      )    CAUSE NO. 09-40065-reg
    Debtors                           )

### AFFIDAVIT OF OWNERSHIP & STATEMENT OF AUTHORITY

I, Brian J. Dilks, as Bankruptcy Court's appointed collection agent for the Bankruptcy Estate of Hudson & Keyse, LLC under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I request an Order releasing the total amount of $1,583.13 which is the sum of monies deposited with the Court in the above referenced case on behalf of creditor, Hudson & Keyse, LLC's bankruptcy estate.
2. I am an authorized agent of the creditor's bankruptcy estate and have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact who is duly authorized by the Bankruptcy Court Order of Appointment to file this Application for Payment of Funds. See Exhibit A.
3. In 2010 Hudson & Keyse, LLC filed bankruptcy and Waldemar J. Wojcik was assigned the Bankruptcy Trustee.
4. Hudson & Keyse, LLC as assignee of Beneficial Company LLC's right to payment has been transferred or assigned to its bankruptcy estate by operation of law.
5. Hudson & Keyse, LLC's bankruptcy estate is the legal owner of the unclaimed funds and, therefore, entitled to payment of said funds listed herein.
6. The following is my current address and phone number:
   Hudson & Keyse, LLC
   c/o Brian J. Dilks, Collection Agent
   Dilks & Knopik, LLC
   35308 SE Center Street, Ste 800
   Snoqualmie, WA 98065
   425-836-5728 x 101 telephone
7. I pray the Court will accept this Affidavit of Ownership and grant an Order releasing the unclaimed funds pursuant to the Application for Payment of Unclaimed Funds filed by Brian J. Dilks as Court appointed collection agent in the bankruptcy estate of Hudson & Keyse, LLC.

Dated: 7-10-13        By: _____
                           Brian J. Dilks

STATE OF WASHINGTON )
                    )  SS:
COUNTY OF           )

Before me, this 10th day of July, 2013 **Brian J. Dilks** personally appeared and she being first duly sworn upon her oath, says that the facts alleged in the foregoing instrument are true.

_____
Andrew Drake       Notary Public
Resident of  King         County

My Commission Expires: 8/9/2015

[Notary Seal: ANDREW T. DRAKE, COMMISSION EXPIRES 8-09-15, NOTARY PUBLIC, STATE OF WASHINGTON]

2