UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| JOHN P. DEVINE | ) | CASE NO.    09-40065 |
| MARY RUTH DEVINE | ) | CHAPTER    7 |
| | ) | |
| Debtor(s) | ) | |

ORDER

At Lafayette, Indiana on   August 21, 2013.

The Court, having reviewed the Motion to Recover Unclaimed Funds filed by Hudson & Keyse, LLC, finds that the requirements of N.D. Ind. L.B.R. B-3011-1 have been met.  The Court further finds that Hudson & Keyse, LLC is entitled to the unclaimed funds and that the right to payment of the funds has not been transferred or assigned to any other entity.  Further, the court finds that no objection has been raised by the United States Attorney.

IT IS ORDERED that Hudson & Keyse, LLC is hereby directed to contact the Financial Department of the United States Bankruptcy Court (574) 968-2226, in order to submit the required tax identification number (IRS W9 form).  Following receipt of the completed IRS W9 form, the Clerk of the United States Bankruptcy Court shall distribute the unclaimed funds deposited in the United States Treasury FUND # 6047BK in the amount of $1,583.13 to Hudson & Keyse, LLC c/o Brian J. Dilks, Collection Agent, Dilks & Knopik, LLC, 35308 SE Center Street, Ste 800, Snoqualmie WA 98065, AND Alan D. Naggatz, 175 W. Lincolnway, Suite I, Valparaiso IN 46383.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court